[Doc. No. 28]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| KATHERINE DOHANICZ, <br><br>          Plaintiff, <br><br>     v. <br><br> UNDERWOOD-MEMORIAL HOSPITAL, et al., <br><br>          Defendants. | Civil No. 13-1464 (RBK/JS) |

**O R D E R**

Upon consideration of the Joint Motion of the Parties to Approve Settlement Agreement and Memorandum of Law in support thereof [Doc. No. 28]; and the Court having reviewed the parties' settlement agreement; and the Court having conducted oral argument on December 2, 2013; and the parties consenting to the jurisdiction of this Court to enter this Order pursuant to 18 U.S.C. §636(c); and the Court having issued its Oral Opinion on the record after the completion of oral argument; and good cause existing for the entry of this Order; and for all the reasons stated in the Court's Oral Opinion,

IT IS HEREBY ORDERED this 4th day of December, 2013, that the parties' Joint Motion is GRANTED.  The settlement agreement between the parties is hereby approved as a fair and reasonable settlement of a bona fide dispute.

                                        s/Joel Schneider
                                        JOEL SCHNEIDER
                                        United States Magistrate Judge